[No. 64402-5-I.   Division One.   March 7, 2011.]

JOSEPH D. WOODMANSEE ET AL., *Respondents*, v. ROBERT S. PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 04-2-02102-5, John M. Meyer, J., entered October 2, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.

[No. 64418-1-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT M. RISE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07608-0, Michael Hayden, J., entered November 4, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Spearman, JJ.

[No. 64549-8-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. HAORAN PU, *Defendant*, DONGFANG LI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00804-0, Catherine D. Shaffer, J., entered December 8, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.

[No. 64553-6-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EARL BOTTOMLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04486-2, Laura Gene Middaugh, J., entered December 9, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Becker and Spearman, JJ.